


# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1842   1:07cv1046

### IN RE Kugel Mesh Hernia Patch Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). Since that time, 32 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to True Copy
DAVID A. DIMARZIO
By _____
Deputy Clerk

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 28 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

13

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## MDL NO. 1842
### IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | Rhode Island Case No. |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2   07-1157 | Stephanie Theoret v. Davol, Inc., et al. | CA 07-1888 |
| **CALIFORNIA EASTERN** | | |
| CAE 1   07-1046 | Sue Divjak, et al. v. C.R. Bard, Inc., et al. | CA 07-1889 |
| **FLORIDA SOUTHERN** | | |
| FLS 1   07-21928 | Antonio Sanchez v. Davol, Inc., et al. | CA 07-1890 |
| **LOUISIANA WESTERN** | | |
| LAW 2   07-1199 | Walter W. Rutherford v. Davol, Inc., et al. | CA 07-1891 |
| **MISSOURI WESTERN** | | |
| MOW 6   07-3222 | Doris Periman v. Davol, Inc., et al. | CA 07-1892 |
| **NORTH CAROLINA MIDDLE** | | |
| ~~NCM 1   07-532~~ | ~~Angel Marie Wilson, etc. v. C.R. Bard, Inc., et al.~~ Opposed 8/28/07 | |
| **OREGON** | | |
| ~~OR 3   07-1081~~ | ~~Jon Snyder, et al. v. Davol, Inc., et al.~~ Opposed 8/21/07 | |
| **TEXAS SOUTHERN** | | |
| TXS 4   07-2393 | Margaret M. Allison v. Davol, Inc., et al. | CA 07-1893 |
| TXS 4   07-2397 | Helmut G. Andres v. Davol, Inc., et al. | CA 07-1894 |
| TXS 4   07-2399 | Patricia W. Byrd v. Davol, Inc., et al. | CA 07-1895 |
| TXS 4   07-2400 | Joseph G. Cattell v. Davol, Inc., et al. | CA 07-1896 |
| TXS 4   07-2402 | Ivy J. Collins, III v. Davol, Inc., et al. | CA 07-1897 |
| TXS 4   07-2405 | Ida F. Dillon v. Davol, Inc., et al. | CA 07-1898 |
| TXS 4   07-2408 | Wilma M. Knotts v. Davol, Inc., et al. | CA 07-1899 |
| TXS 4   07-2411 | Billy Richard Davidson v. Davol, Inc., et al. | CA 07-1900 |
| TXS 4   07-2414 | Arthur L. Lewis v. Davol, Inc., et al. | CA 07-1901 |
| TXS 4   07-2416 | Roy E. Newsom, Sr. v. Davol, Inc., et al. | CA 07-1902 |
| TXS 4   07-2419 | Charles M. Nichols v. Davol, Inc., et al. | CA 07-1903 |
| TXS 4   07-2421 | Ricky A. Phares v. Davol, Inc., et al. | CA 07-1904 |
| TXS 4   07-2422 | Jocelyn P. Riebe v. Davol, Inc., et al. | CA 07-1905 |
| TXS 4   07-2423 | Patsy A. Shepherd v. Davol, Inc., et al. | CA 07-1906 |
| TXS 4   07-2424 | Pamela A. Wilson v. Davol, Inc., et al. | CA 07-1907 |
| TXS 4   07-2425 | Susan Theresa Roberts v. Davol, Inc., et al. | CA 07-1908 |
| TXS 4   07-2427 | Dorothy May Wurtz-Bright v. Davol, Inc., et al. | CA 07-1909 |

# INVOLVED COUNSEL LIST (CTO-3)
## MDL NO. 1842
### IN RE Kugel Mesh Hernia Patch Products Liability Litigation

David Willis Alexander
1989 Kingston Cove
League City, TX 77573

Alejandro Alvarez
Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134

John Anderson Fagg, Jr.
Moore & Van Allen, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003

Leigh King Forstman
Pittman, Dutton, Kirby & Hellums, PC
2001 Park Place North
Suite 1100
Birmingham, AL 35203

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005

Douglas S. Harris
1698 Natchez Trace
Greensboro, NC 27455

Rodney A. Klein
Rodney A. Klein Law Offices
2300 Bell Executive Lane
Sacramento, CA 95825

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Matthew E. Lundy
Lundy & Davis
P.O. Box 3010
Lake Charles, LA 70602-3010

Crawford S. McGivaren, Jr.
Cabaniss, Johnston, Gardner, Dumas & O'Neal
700 Park Place Tower
2001 Park Place North
P.O. Box 830612
Birmingham, AL 35283-0612

David K. Miller
Miller & Wagner, LLP
2210 N.W. Flanders Street
Portland, OR 97210-3408

Angela D. Myers
Placzek & Francis
1722 S. Glenstone
Suite J
Springfield, MO 65804

Kara Trouslot Stubbs
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533

# INVOLVED JUDGES LIST (CTO-3)
## MDL NO. 1842
### IN RE Kugel Mesh Hernia Patch Products Liability Litigation

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203-2000

Hon. Oliver W. Wanger
Senior U.S. District Judge
7801 Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Richard E. Dorr
U.S. District Judge
United States District Court
222 North John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

~~Honorable James A. Beaty, Jr.~~
~~Chief Judge~~
~~United States District Court~~
~~248 Hiram H. Ward Federal Building & U.S. Courthouse~~
~~251 North Main Street~~
~~Winston-Salem, NC 27101-7101~~

~~Hon. Janice M. Stewart~~
~~U.S. Magistrate Judge~~
~~1107 Mark O. Hatfield U.S. Courthouse~~
~~1000 SW Third Avenue~~
~~Portland, OR 97204~~

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Honorable Ewing Werlein, Jr.
United States District Court
11521 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Honorable Melinda Harmon
United States District Court
9114 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Honorable Gray H. Miller
United States District Court
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Honorable Lee H. Rosenthal
United States District Court
11535 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

## INVOLVED CLERKS LIST (CTO-3)
## MDL NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

~~John Brubaker, Clerk~~
~~P.O. Box 2708~~
~~Greensboro, NC 27402-2708~~

~~Sheryl S. McConnell, Clerk~~
~~740 Mark O. Hatfield United States Courthouse~~
~~1000 Southwest Third Avenue~~
~~Portland, OR 97204-2902~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010